# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>        v.<br><br>CLS GLOBAL FZC LLC and ANDREY ZHORZHES,<br><br>                              Defendants. | Civil Action No. 24-CV-12590 (AK) |

## ASSENTED-TO MOTION FOR ENTRY OF FINAL JUDGMENT UPON ACCEPTANCE OF CRIMINAL PLEA AS TO DEFENDANT CLS GLOBAL FZC LLC

Plaintiff Securities and Exchange Commission (the "Commission"), with the assent of CLS Global FZC LLC ("CLS Global") through its counsel, respectfully moves this Court to enter the proposed Final Judgment as to defendant CLS Global upon the Court's acceptance of CLS Global's guilty plea in the parallel criminal matter *United States v. CLS Global FZC LLC et al.*, 24-cr-10293-AK (D. Mass. 2024), which is also pending before this Court. The Commission and CLS Global have agreed to all terms in the proposed Final Judgment. In support of this motion, the Commission has attached a consent executed by CLS Global, memorializing its agreement to the terms of the Final Judgment. Those terms are fair, reasonable, and in the public interest.

Dated: January 21, 2025

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its Attorneys,

*/s/ David J. D'Addio*
David J. D'Addio (Mass. Bar No. 665790)
Amy Harman Burkart (Mass. Bar No. 651828)
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-4526 (D'Addio direct)
Fax: (617) 573-4590 (fax)
Daddiod@sec.gov (D'Addio email)

**Certificate of Service**

I, David J. D'Addio, certify that on January 21, 2025, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system. I further caused the foregoing motion to be sent by email to counsel for Defendant CLS Global FZC LLC:

Todd Blanche, Esq.
Lex Urban, Esq.
Blanche Law PLLC
99 Wall Street, Suite 4460
New York, NY 10005

*/s/ David J. D'Addio*
David J. D'Addio