# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**SECURITIES AND EXCHANGE COMMISSION**

*Plaintiff*

v.

**CLS GLOBAL FZC LLC, ET AL.**

*Defendant*

Civil Action No.: **1:24−CV−12590−AK**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Andrey Zhorzhes
c/o Lee Vartan
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
lvartan@csglaw.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David D'Addio and Amy Burkart
US Securities & Exchange Commission
33 Arch Street, 24th Floor, Boston MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − **Nilsa Barbosa**
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2024−10−10 10:37:58**, Clerk USDC DMA

Civil Action No.: 1:24−CV−12590−AK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Andrey Zhorzhes_____

was received by me on (date) __March 7, 2025_____ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : Counsel for Defendant Andrey Zhorzhes agreed to accept service via email. The Summons and Complaint were sent via email to Lee Vartan, Chiesa Shahinian & Giantomasi PC, at lvartan@csglaw.com on March 10, 2025.

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

__March 10, 2025__
Date

*Alyssa C. DiPaolo*
Server's Signature

Alyssa DiPaolo, Paralegal Specialist
*Printed name and title*

33 Arch Street, 24th Floor, Boston, MA 02110
*Server's Address*

Additional information regarding attempted service, etc: