## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

   v.

CLS GLOBAL FZC LLC and
ANDREY ZHORZHES,

                Defendants.

Civil Action No. 24-CV-12590 (AK)

### ASSENTED-TO MOTION TO EXTEND TIME FOR
### DEFENDANT ZHORZHES TO RESPOND TO COMPLAINT

Plaintiff Securities and Exchange Commission, with the assent of defendant Andrey
Zhorzhes through his counsel, submits this motion to extend the date by which the defendant
must respond to the complaint in this matter by 60 days to May 30, 2025. Counsel for Mr.
Zhorzhes agreed to accept service of the summons and complaint on behalf of his client by
email. *See* Doc. No. 8. The current deadline For Mr. Zhorzhes to respond to the complaint
under Fed. R. Civ. P. 12(a) is March 31, 2025.

In support of this request, the Commission submits that the parties have begun engaging
in discussions to attempt to resolve the matter. The parties believe that the extension of time is
in their interest as well as that of the Court, as the settlement discussions may obviate the need
for further litigation, conserving the resources of the parties and the Court.

Accordingly, the Commission respectfully requests that the Court allow this motion, and grant the defendant until May 30, 2025, to respond to the complaint in this matter.


Dated:  March 13, 2025

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its Attorneys,

*/s/ David J. D'Addio*
David J. D'Addio (Mass. Bar No. 665790)
Amy Harman Burkart (Mass. Bar No. 651828)
Boston Regional Office
33 Arch Street
Boston, MA  02110

**<u>Certificate of Service</u>**

     I, David J. D'Addio, certify that on March 13, 2025, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.  I further caused the foregoing motion to be sent by email to counsel for Defendant Andrey Zhorzhes:

     Lee Vartan, Esq.
     Chiesa Shahinian & Giantomasi PC
     105 Eisenhower Parkway
     Roseland, NJ  07068

                       */s/ David J. D'Addio*
                       David J. D'Addio