UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>CLS GLOBAL FZC LLC and<br>ANDREY ZHORZHES,<br><br>                    Defendants. | Civil Action No. 24-CV-12590 (AK) |

ASSENTED-TO THIRD MOTION TO EXTEND TIME FOR
DEFENDANT ZHORZHES TO RESPOND TO COMPLAINT

Plaintiff Securities and Exchange Commission, with the assent of defendant Andrey Zhorzhes through his counsel, submits this third motion to extend the date by which the defendant must respond to the complaint in this matter by 60 days to September 29, 2025. Counsel for Mr. Zhorzhes previously accepted service of the summons and complaint on behalf of his client by email. *See* Doc. No. 8. The Court granted the Commission's first assented-to motion to extend the time for Mr. Zhorzhes to respond to the complaint on March 13, 2025. *See* Doc. No. 10. On May 29, 2025, the Court granted the Commission's second assented-to motion to extend the time for Mr. Zhorzhes to respond to the complaint, extending the deadline to July 29, 2025. *See* Doc. No. 14.

In support of this request, the Commission submits that the parties have continued to engage in discussions to attempt to resolve the matter. The parties believe that the extension of time is in their interest as well as that of the Court, as the settlement discussions may obviate the need for further litigation, conserving the resources of the parties and the Court.

Accordingly, the Commission respectfully requests that the Court allow this motion, and grant the defendant until September 29, 2025, to respond to the complaint in this matter.

Dated:  July 30, 2025

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its Attorneys,

*/s/ David J. D'Addio*
David J. D'Addio (Mass. Bar No. 665790)
Amy Harman Burkart (Mass. Bar No. 651828)
Boston Regional Office
33 Arch Street
Boston, MA  02110

2

**Certificate of Service**

       I, David J. D'Addio, certify that on July 30, 2025, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system. I further caused the foregoing motion to be sent by email to counsel for Defendant Andrey Zhorzhes:

    Lee Vartan, Esq.
    Chiesa Shahinian & Giantomasi PC
    105 Eisenhower Parkway
    Roseland, NJ  07068

                                        */s/ David J. D'Addio*
                                        David J. D'Addio