## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>CLS GLOBAL FZC LLC and ANDREY ZHORZHES,<br><br>                    Defendants. | Civil Action No. 24-CV-12590 (AK) |

### ASSENTED-TO THIRD MOTION TO EXTEND TIME FOR DEFENDANT ZHORZHES TO RESPOND TO COMPLAINT

Plaintiff Securities and Exchange Commission, with the assent of defendant Andrey Zhorzhes through his counsel, submits this third motion to extend the date by which the defendant must respond to the complaint in this matter by 60 days to November 28, 2025. Counsel for Mr. Zhorzhes previously accepted service of the summons and complaint on behalf of his client by email. *See* Doc. No. 8. With the assent of Mr. Zhorzhes, the Commission moved on July 30, 2025, to extend the time for Mr. Zhorzhes to respond to the Complaint. *See* Doc. No. 15. The Court granted the motion, and the current deadline for Mr. Zhorzhes to respond to the complaint is September 29, 2025. *See* Doc. No 16.

In support of this request, the Commission submits that the Commission is engaged in the process of internal discussions regarding this matter, and the parties continue to discuss the status and potential next steps to resolve the matter. The parties believe that the extension of time is in their interest as well as that of the Court, as the discussions may obviate the need for further litigation, conserving the resources of the parties and the Court.

Accordingly, the Commission respectfully requests that the Court allow this motion, and grant the defendant until November 28, 2025, to respond to the complaint in this matter.


Dated:  September 26, 2025                         Respectfully submitted,

                                                  SECURITIES AND EXCHANGE
                                                  COMMISSION

                                                  By its Attorneys,


                                                  */s/ Amy Harman Burkart*
                                                  Amy Harman Burkart (Mass. Bar No.
                                                  651828)
                                                  Boston Regional Office
                                                  33 Arch Street
                                                  Boston, MA  02110

**<u>Certificate of Service</u>**

I, Amy Harman Burkart, certify that on September 26, 2025, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.  I further caused the foregoing motion to be sent by email to counsel for Defendant Andrey Zhorzhes:

Lee Vartan, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ  07068

*/s/ Amy Harman Burkart*
Amy Harman Burkart

3