UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>CLS GLOBAL FZC LLC and ANDREY ZHORZHES,<br><br>      Defendants. | Civil Action No. 24-CV-12590 (AK) |

STATUS REPORT

Plaintiff Securities and Exchange Commission (the "Commission") submits this status report pursuant to the Court's Order on February 27, 2026.[1] *See* Doc. No. 20. This action was filed on October 9, 2024, along with four other actions filed by the Commission: *SEC v. Russell Armand et. al.*, Civ. No. 24-12586; *SEC v. Pham*, Civ. No. 24-12588; *SEC v. Gotbit Consulting LLC et. al.*, Civ. No. 24-12589; and *SEC v. ZM Quant Investment LTD., et. al.* Civ. No. 24-12587. On the same day, the Commission filed a Certification of Relatedness in this matter, notifying the Clerk that the matter should be designated as related to a previously filed criminal case, *United States v. CLS Global FZC LLC and Andrey Zhorzhes,* Crim No. 24-10293 (AK), pursuant to Local Rule 40.1(g)(2)(A), and also related to the *SEC v. ZM Quant* matter, pursuant to Local Rule 40.1(g)(1). *See* Doc. No. 3. The Commission also filed Certifications of

---

[1] Upon receipt of the Court's order on the afternoon of February 27, 2026, undersigned counsel contacted chambers to note that I would be travelling internationally from February 28th to March 7th, without access to authorized electronic devices, and the clerk graciously indicated that I could provide this status report when I returned from travel.

Relatedness in each of the other four actions, noting the relevant related criminal and/or civil matters.

The Commission is actively engaged in an internal process to determine next steps in each of these five matters, which involve related legal and/or factual issues.  The Commission appreciates that the Court is interested in a substantive update regarding status of the matters.  The undersigned Counsel anticipates that the Commission's internal process will, before the end of the month, result in Court filings and/or substantive discussions with opposing counsel in each of the matters.  In some instances, the next steps may obviate the need for further litigation.  The Commission thus respectfully requests that the Court grant an extension to provide additional details to the Court regarding the status of this matter until March 31, 2026.  The Commission believes that this additional extension of time is in the interest of all parties as well as that of the Court, as the anticipated next steps will likely narrow the issues before the Court, conserving the resources of the parties and the Court.

Dated:  March 9, 2026                           Respectfully submitted,

                                                SECURITIES AND EXCHANGE
                                                COMMISSION

                                                By its Attorney,

                                                */s/ Amy Harman Burkart*
                                                Amy Harman Burkart
                                                (Mass. Bar No. 651828)
                                                Boston Regional Office
                                                33 Arch Street
                                                Boston, MA  02110

## CERTIFICATE OF SERVICE

I, Amy Harman Burkart, certify that on March 9, 2026, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

/s/ Amy Harman Burkart
Amy Harman Burkart