**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

    v.                                                    Civil Action No. 24-CV-12590 (AK)

CLS GLOBAL FZC LLC and
ANDREY ZHORZHES,

                    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and

Exchange Commission (the "Commission") hereby gives notice that the Complaint in the above-

captioned action, Dkt. No. 1, is voluntarily dismissed, with prejudice, as to Defendant Andrey

Zhorzhes.  Under Rule 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without a

court order by filing "a notice of dismissal before the opposing party serves either an answer or a

motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  Zhorzhes has been served with

the Complaint in this action and has not filed an answer or motion for summary judgment.

Dated:  March 31, 2026                 Respectfully submitted,

                                       SECURITIES AND EXCHANGE COMMISSION

                                       By its attorneys,

                                       */s/ Amy Harman Burkart*
                                       Amy Harman Burkart (Mass. Bar No. 651828)
                                       Boston Regional Office
                                       33 Arch Street
                                       Boston, MA 02110

## CERTIFICATE OF SERVICE

I, Amy Harman Burkart, certify that on March 31, 2026, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

*/s/ Amy Harman Burkart*
Amy Harman Burkart

2