**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CLS GLOBAL FZC LLC and ANDREY ZHORZHES, <br><br> Defendants. | Civil Action No. 24-CV-12590 (AK) |

<u>STATUS REPORT</u>

Plaintiff Securities and Exchange Commission (the "Commission") submits this status report pursuant to the Court's Order on February 27, 2026.  *See* Dkt. Nos. 20, 22.  The Commission today filed a Notice of Voluntary Dismissal of Defendant Andrey Zhorzhes pursuant to F.R.C.P. 41(a)(1)(A)(i).  *See* Dkt. No. 23.  This Court entered final judgment against the other Defendant in this action, CLS Global FZC LLC, on April 7, 2025.  *See* Dkt. No. 12. The dismissal of the case against Mr. Zhorzhes will thus resolve this action, and this matter can be closed.

Dated:  March 31, 2026

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its Attorney,

*/s/ Amy Harman Burkart*
Amy Harman Burkart
(Mass. Bar No. 651828)
Boston Regional Office
33 Arch Street
Boston, MA  02110

## <u>CERTIFICATE OF SERVICE</u>

I, Amy Harman Burkart, certify that on March 31, 2026, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

*/s/ Amy Harman Burkart*
Amy Harman Burkart